## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| _____ ) | |
| REVERSE MORTGAGE SOLUTIONS, INC. ) | |
| ) | **COMPLAINT** |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-9182 |
| ) | |
| REVERSE MORTGAGE SOLUTIONS, INC. ) | Jury Trial Demanded |
| ) | |
| Defendant ) | |
| _____ ) | |

## INTRODUCTION

1.      Plaintiff Reverse Mortgage Solutions, Inc. ("RMS") brings this complaint against defendant Reverse Mortgage Solutions, Inc. ("Defendant" or "RMSI") to enjoin Defendant from infringing RMS's common law trademark rights and federally registered U.S. trademarks in connection with origination and administration of reverse mortgages and management services, and to preliminarily and permanently enjoin Defendant from using RMS's marks, "Reverse Mortgage Solutions, Inc.," "Security One Lending," and "Security 1 Lending," as its company and dba name, and to obtain monetary relief for Defendant's wrongful conduct.

2.      RMS is a nationwide reverse mortgage banking and lending services company with offices throughout the country, specializing in origination of reverse mortgages and reverse mortgage administration and management services. The company's marks include the company name, "Reverse Mortgage Solutions, Inc.," which has been in existence and use since at least February 21, 2007, and the dba names "Security One Lending" and "Security 1 Lending," which have been in existence and use since at least December 21, 2006. As a result of RMS's substantial investments in promoting and marketing its brand nationwide, its marks have strong name recognition and significant goodwill.

3.      Upon information and belief, Defendant recently adopted and has begun to use the marks "Reverse Mortgage Solutions, Inc.," "Security 1 Lending," and "Security One Lending" to offer services that are identical to, and in direct competition with, the services offered by RMS.

4.      Defendant's adoption and use of the "Reverse Mortgage Solutions, Inc.," "Security 1 Lending," and "Security One Lending" marks infringes RMS's exclusive rights in its federal trademarks under 15 U.S.C. § 1114, its exclusive rights under state law, and constitutes unfair competition under the federal Lanham Act, 15 U.S.C. §§ 1051 et seq.

5.      RMS brings this action to enjoin and prevent the infringement of its valuable marks and to recover damages and costs that it has sustained as a result of Defendant's infringement.

## PARTIES

6.      Plaintiff Reverse Mortgage Solutions, Inc. is a corporation organized and existing under the laws of Delaware, with offices at 2727 Spring Creek Drive, Spring, Texas 77373, United States.

7.      Defendant Reverse Mortgage Solutions, Inc., upon information and belief, is a corporation that was formed under the laws of Illinois just a few weeks ago, with an office at 2110 Babst Ct., Lisle, Illinois 60532, United States.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over RMS's trademark claims pursuant to the Lanham Act, 15 U.S.C. §§ 1051 et seq and 28 U.S.C. § 1338 (a) and (b).  The Court has supplemental jurisdiction over the Illinois state law claims pursuant to 28 U.S.C. § 1367.

9.      This Court has personal jurisdiction over Defendant pursuant to 735 ILCS 5/2-209(b)(3) because it recently incorporated within the State and, to the extent that it conducts any

legitimate business at all, conducts its business within the State.

10.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant maintains an office in this District, RMS's claims arose in substantial part in this District, and because this Court has personal jurisdiction over Defendant in this District.

**FACTS**

A.     **Since 2006, RMS Has Been Using Its Protected Marks In Interstate Commerce To Identify Its Services.**

11.     For almost ten years, RMS has done business nationwide under the company name "Reverse Mortgage Solutions, Inc.," as well as the dba names "Security 1 Lending" and "Security One Lending" (together with "Reverse Mortgage Solutions, Inc.," the "Marks").

12.     RMS provides reverse mortgage servicing and solutions to clients nationwide, including in Illinois, under the "Reverse Mortgage Solutions, Inc." Mark and provides reverse mortgage origination services under its dba "Security 1 Lending."

13.     Since 2006 and 2007, respectively, RMS has actively promoted its "Security 1 Lending" and "Reverse Mortgage Solutions, Inc." brands and its services under these Marks throughout the United States, including in Illinois.  RMS has used these Marks not only as the name of its company, but also on advertisements, signage, marketing and promotional materials, and on its websites, www.rmsnav.com and www.security1.com.

14.     RMS has made substantial investments in marketing, advertising, and promoting the identification of its Marks to its customers and the reverse mortgage banking, servicing, and lending industries.

B.     **RMS Has Generated Significant Goodwill In Its Marks.**

15.     RMS has used its Marks on the internet, at www.rmsnav.com and www.security1.com, and in advertisements and other promotional materials since at least as early as 2008 in Illinois and as early as 2007 in other states.  Over the past several years, RMS

3

has also extended its continuous and extensive internet presence by creating and maintaining business profiles on social media outlets such as LinkedIn and Facebook. By these and other investments, RMS has acquired significant goodwill and recognition in the Marks, which are a highly valuable asset.

16.     Because RMS advertises, promotes, and offers its services under the Marks, these Marks are the means by which RMS's services are distinguished from the services of others in the same field or related fields.

17.     Because of RMS's long, continuous, and exclusive use of the Marks in the reverse mortgage lending, origination, and servicing industry, the Marks have come to mean, and are understood by customers and the public to signify, RMS and its services.

### C.     RMS Holds Federal Trademark Registrations.

18.     RMS currently holds the following federal trademarks registered with the United States Patent and Trademark Office ("USPTO") for "Security 1 Lending" in connection with real estate mortgage financing and loan services:  Nos. 4,651,346 and 4,651,345, registered on December 9, 2014.

19.     RMS also owns pending federal trademark applications filed with the USPTO for the marks, "RMS Reverse Mortgage Solutions, Inc. Funding Your Future," "Security 1" and "Security 1 Funding Your Future," among others, under the following serial numbers: 86485,121; 86481,027; and 86482,399, respectively.

### D.     Defendant Has Infringed RMS's Rights In Its Distinctive Marks.

20.     Upon information and belief, and according to the records of the Office of the Secretary of State for the State of Illinois, Defendant incorporated in Illinois under the name "Reverse Mortgage Solutions, Inc." just one month ago, on September 15, 2015. To mimic RMS, Defendant has also adopted and apparently uses the assumed names "Security 1 Lending"

and "Security One Lending."

21.     Through inadvertence, RMS's corporate registration in Illinois lapsed on March 15, 2015.  Defendant apparently took this opportunity to incorporate and register the Marks in Illinois on September 15, 2015.  On September 28, 2015, Defendant sent a letter to RMS, informing RMS that Defendant had incorporated in Illinois under RMS's name, "Reverse Mortgage Solutions, Inc." and had adopted identical assumed names "Security 1 Lending" and "Security One Lending."

22.     Defendant further indicated that it is now using the Marks as trade names in the State of Illinois in connection with the same or similar services as RMS offers.  Defendant then brazenly accused RMS of infringing Defendant's purported rights to these names.

23.     Defendant's use of the names "Reverse Mortgage Solutions, Inc.," "Security 1 Lending," and "Security One Lending" as its company and assumed names infringes RMS's exclusive rights under state and federal law.

24.     Notwithstanding the brief lapse in its registration, as of September 30, 2015, RMS has fulfilled its requirements with the State of Illinois, which has since certified that RMS is a foreign corporation in good standing, though it is now authorized to transact business in the State of Illinois only under the new assumed name, "RMS - Reverse Mortgage Solutions, Inc."

### E.     Defendant's Conduct Dilutes RMS's Brand and Goodwill.

25.     RMS's names and reputation are well-known in the reverse mortgage banking and lending industry as a result of its significant efforts and investments in marketing, advertising, and branding.  This goodwill and reputation is irreparably damaged when Defendant assumes and uses an identical trade name and assumed names in connection with offering the same or similar reverse mortgage services.  Moreover, this use damages RMS's brand confidence, which can result in a loss of future sales and market share.  The extent of harm to RMS's reputation and

5

goodwill and the potential loss of future sales and customers due to loss in brand confidence are largely unquantifiable.

26.     Moreover, given the substantial effort and investment made by RMS over the past nine years in developing and preserving its customer goodwill, business reputation, and brand recognition, if RMS is required operate in Illinois under a new name, RMS will need to expend significant additional effort and considerable resources into re-creating this same goodwill, reputation, and confidence under a new name.

**COUNT I**
**TRADEMARK INFRINGEMENT – Reg. Nos. 4,651,346 and 4,651,345**
**(Violation of 15 U.S.C. § 1114)**

27.     RMS repeats and re-alleges the allegations set forth above as if set forth fully herein.

28.     RMS holds Registered Trademark Nos. 4,651,346 and 4,651,345 for "Security 1 Lending" for use in real estate mortgage banking and lending services, which registrations were duly issued by the U.S. Patent and Trademark Office and are valid, subsisting, and enforceable. A true and correct copy of Registration Nos. 4,651,346 and 4,651,345 is attached as Exhibit 1.

29.     Defendant's use of the "Security 1 Lending" and "Security One Lending" names and marks in commerce constitute a violation of 15 U.S.C. § 1114 and infringes upon RMS's Registered Trademark Nos. 4,651,346 and 4,651,345.  Defendant's infringement has caused and, unless enjoined, will continue to cause confusion, mistake, or deception as to the source, affiliation, connection, or association of its goods and services with those of RMS, or as to the approval, sponsorship, or endorsement of Defendant's products and services by RMS.

30.     Defendant's infringement is willful.

31.     As a result of Defendant's wrongful conduct, RMS has suffered and will continue to suffer damages.

32.     Defendant's wrongful conduct is causing RMS irreparable injury, for which RMS has no adequate remedy at law.

## COUNT II
## FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION
### (Violation of 15 U.S.C. § 1125(a))

33.     RMS repeats and re-alleges the allegations set forth above as if set forth fully herein.

34.     Defendant has wrongfully used the names and marks, "Security 1 Lending" and "Security One Lending," which are identical or confusingly similar to RMS's federally registered trademarks.

35.     Defendant has used and continues to use its infringing mark willfully, with actual knowledge of RMS's rights.

36.     Defendant's conduct constitutes a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and (b), because it creates confusion, mistake, and deception, by causing consumers and other market participants to believe that Defendant is associated with RMS.

37.     Defendant's wrongful conduct is willful.

38.     Defendant's wrongful conduct is likely to continue unless restrained and enjoined.

39.     Further, Defendant's use of the "Security 1 Lending" and "Security One Lending" names and marks erodes the distinctiveness of RMS's marks and the goodwill associated with the trademarks.

40.     As a result of Defendant's wrongful conduct, RMS has suffered and will continue to suffer damages.

41.     Defendant's wrongful conduct is causing RMS irreparable injury and unjustly enriches Defendant.

## COUNT III
## TRADEMARK INFRINGEMENT
### (Illinois Common Law)

42.     RMS repeats and re-alleges the allegations set forth above as if set forth fully herein.

43.     RMS has acquired rights in the Marks, "Reverse Mortgage Solutions, Inc.," "Security 1 Lending" and "Security One Lending," under common law by virtue of its longstanding use of the Marks in commerce.

44.     Defendant has deliberately and maliciously adopted and used the marks "Reverse Mortgage Solutions, Inc.," "Security 1 Lending" and "Security One Lending," which are identical or confusingly similar to RMS's exclusive rights in these Marks.   Defendant's infringement of these Marks has caused and, unless enjoined, will continue to cause confusion, mistake, or deception as to the source, affiliation, connection, or association of its goods and services with those of RMS, or as to the approval, sponsorship, or endorsement of Defendant's products and services by RMS.

45.     As a result of Defendant's wrongful conduct, RMS has suffered and will continue to suffer damages.

46.     Defendant's wrongful conduct is also causing RMS irreparable injury, for which RMS has no adequate remedy at law.

47.     Defendant's infringement is willful.

## COUNT IV
## UNFAIR COMPETITION
### (Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*)

48.     RMS repeats and re-alleges the allegations set forth above as if set forth fully herein.

49.     Defendant's wrongful conduct involves trade and commerce practices that

8

implicate consumer protection concerns. Defendant's deliberate and willful use of the Marks has caused and, unless enjoined, will continue to cause consumer confusion, mistake, or deception as to the source, affiliation, connection, or association of its goods and services with those of RMS, or as to the approval, sponsorship, or endorsement of Defendant's products and services by RMS.

50.     Defendant's wrongful conduct is willful and intentional.

51.     Defendant's wrongful conduct causes injury to the public interest and to RMS, which has suffered and will continue to suffer damages.

## PRAYERS FOR RELIEF

WHEREFORE, RMS hereby requests that this Court:

a)      Enter judgment in favor of RMS and against Defendant on all counts, in an amount to be determined at trial.

b)      Enter an order preliminarily and permanently enjoining and restraining Defendant, its respective officers, agents, servants, employees, successors, assigns, parents, subsidiaries, affiliated and/or related companies, attorneys and all persons in active concert and/or participation with Defendant, from the following:

(i)      Infringing RMS's Marks;

(ii)     Using the marks or names "Reverse Mortgage Solutions, Inc.," "Security 1," or "Security 1 Lending," or any confusingly similar mark, name, or colorable imitation thereof, to promote, market, advertise, or sell Defendant's products or services, or otherwise in connection with Defendant's conduct of business in such a way as to mislead or confuse anyone as to the source, affiliation or sponsorship of such business;

(iii)    Otherwise infringing or diluting the distinctive quality of RMS's Marks;

(iv)     Injuring RMS's business reputation and goodwill, and from otherwise unfairly competing, directly or indirectly, with RMS, its affiliates or subsidiaries; and

(v)      Causing a likelihood of confusion or misunderstanding as to source, sponsorship, association, affiliation or approval with or by RMS, or engaging in conduct tending to create a false commercial impression of Defendant's goods or services, or any other conduct that tends to pass off Defendant's goods or services as those of RMS or creates a likelihood of confusion or misunderstanding or false representation.

9

c)        Enter an order directing Defendant to cancel its corporate registration of "Reverse Mortgage Solutions, Inc." with the Office of the Secretary of State for the State of Illinois.

d)        Direct Defendant to file in Court and to serve on RMS, within thirty (30) days after entry of the above injunction, a report in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction.

e)        Require Defendant to account for and pay over to RMS all actual damages that RMS has suffered; all gains, profits and advantages derived by Defendant from its infringement of the RMS Marks, and any such damages as to the Court shall appear proper within the provisions of the Lanham Act.

f)        Order Defendant to pay interest, costs and reasonable attorneys' fees to RMS.

g)        Grant RMS such other and further relief as the Court deems just and proper.

Plaintiff hereby requests a trial by jury on all issues so triable

October 16, 2015
Chicago, IL

Respectfully submitted,

Jessica T. Lu
    (*to be admitted pro hac vice*)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
T:  (617) 856-8200
F:  (617) 856-8201
jlu@brownrudnick.com

/s/ Justin B. Weiner
Steven F. Molo
Justin B. Weiner
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
T:  (312) 450-6704
F:  (312) 450-6701
jweiner@mololamken.com

*Attorneys for Plaintiff Reverse Mortgage Solutions, Inc.*