# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>REVERSE MORTGAGE SOLUTIONS, INC. )<br>)<br>Defendant )<br>) | CIVIL ACTION No. 15-cv-9182 |

**DECLARATION OF JESSICA T. LU IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON DEFAULT AGAINST DEFENDANT AND FOR ENFORCEMENT OF THE TEMPORARY RESTRAINING ORDER**

I, Jessica T. Lu, declare:

1. I am an attorney with the law firm Brown Rudnick LLP and counsel for Plaintiff Reverse Mortgage Solutions, Inc. ("RMS").

2. I make this declaration in support of RMS's Motion for Default Judgment and for Enforcement of the Temporary Restraining Order. The statements in this declaration are based upon either information obtained from public records or my personal knowledge.

3. Counsel for Defendant, Thomas Laz, first contacted me by telephone on October 20, 2015 in connection with this action, making reference to allegations contained in the Complaint. Since October 20, 2015, I have engaged in numerous telephonic and e-mail communications with Defendant's counsel in connection with this action.

4. As of November 13, 2015, a search of the Corporations/LLC database of the Office of the Secretary of State of the State of Illinois' website indicates that the name, "Reverse Mortgage Solutions, Inc." is presently registered as an active domestic corporation, using the

1

active assumed names "Security One Lending" and "Security 1 Lending," and with a domestic incorporation date of September 15, 2015. The registered agent is Thomas J. Laz, at 608 S. Washington Street, Naperville, Illinois, 60540. Attached as <u>Exhibit 1</u> is a true and correct copy of the Corporation File Detail Report from the Office of the Secretary of State.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2015.

                                            */s/ Jessica T. Lu*
                                            Jessica T. Lu

# EXHIBIT 1



# CORPORATION FILE DETAIL REPORT

| Entity Name | REVERSE MORTGAGE SOLUTIONS, INC. | File Number | 70204096 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/15/2015 | State | ILLINOIS |
| Agent Name | THOMAS J LAZ | Agent Change Date | 09/15/2015 |
| Agent Street Address | 608 S WASHINGTON ST | President Name & Address | |
| Agent City | NAPERVILLE | Secretary Name & Address | |
| Agent Zip | 60540 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | |
| Assumed Name | ACTIVE - SECURITY ONE LENDING<br>ACTIVE - SECURITY 1 LENDING | | |

Return to the Search Screen          Select Certificate of Good Standing for Purchase

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE