# EXHIBIT B

CERTIFICATION BY DAVID M. LAZ



I, DAVID M LAZ, due hereby swear, pursuant to Sec. 1-109 of the Illinois Code of Civil Procedure the following to be true in substance and fact to my personal knowledge:

I am the Secretary of the Illinois Corporation Reverse Mortgage Solutions Inc.

On Friday, October 23, 2015, I looked up the website for Security 1 Lending, of Reverse Mortgage Solutions, Inc. a Delaware Corporation.

The website had the following content: Contact Security 1 Lending.

Your questions, comments and concerns are invaluable to us and only allow us to serve you better. Our Home Equity Mortgage Conversion (HECM) Specialists are here to help you and answer your questions.

The site contains the ability to direct a person to choose a State in which to contact an "HECM Specialists in Illinois and was given a list to HECM Specialist to contact.

On October 23, 2015 David M. Laz contacted and talked to the following HECM Specialists:

a) Nancy Stolbom, 126 W. Austin Avenue, Libertyville, Il. 60048 Phone No. 773-849-4945

b) George Sine, 700 Commerce Drive Suite 500, Oak Brook, Il. 60523 Phone No. 630-789-6510

c) Larry McAnarney, 777 Lake Zurich Rd Ste 125 B Barrington, Il. 61052 630-276-9326

d) Anne Rigwood, 700 Commerce Drive Suite 500, Oak Brook, Il. 60523 847-323-1101

e) Jim Northrup 700 Commerce Drive Suite 500, Oak Brook, Il. 60523 815-218-2737

David M. Laz asked each HECM Specialist if they worked for Security 1 Lending. Each said they did. David M. Laz asked if it would be possible to obtain a reverse mortgage through Security 1 Lending. Each HECM Specialist said one can be obtained. David M. Laz asked if a meeting can be arranged the following week to initiate the process for obtaining a reverse mortgage. Each HECM Specialist said that they could meet with David M. Laz the following week to do so. David M. Laz specifically asked ECM Specialist George Sine the date of the last mortgage he closed for Security 1 Lending and he stated he did a closing on October 22, 2015 of a mortgage on property in Illinois.

David M. Laz searched the website of the US Trade and Patent Office on October 23, 2015 and printed out what is attached to Defendant's response as Exhibit "A"

David M. Laz searched the website of the Illinois Secretary of State website on October 23, 2015 and printed out what is attached to Defendant's response as Exhibit "C"

David M. Laz further states that it has never made a claim and never will make a claim to or use the trademark of RMS Delaware that states ""RMS Reverse Mortgage Solutions Inc. Funding your Future" with the arrow running through it.

David M. Laz further states that it has never made a claim and never will make a claim to or use the trademark of RMS Delaware that states "Security 1 Lending", with the outsized "1" and roof over it.

David M. Laz further states that it has never intended and will never engage in the business of: Financing and loan services, namely, origination, acquisition, servicing, securitization and brokerage of mortgage loans; Origination of reverse mortgages and reverse mortgage administration and management services, namely, origination, acquisition, servicing, securitization and brokerage of reverse mortgage loans; Wholesale and retail lending services; Real estate and home equity lending services, namely, home equity loans, mortgage lending and mortgage refinancing.

David M. Laz further states that RMS Illinois never intended and will never be in the business of the "Origination of reverse mortgages and reverse mortgage administration and management services, namely, servicing and subservicing of securitized reverse mortgages either in its own name or for others on a private-label basis and consultation services relating to the foregoing".

David M. Laz, on October 25, 2015, searched the website of the Secretary of State of Missouri and made copies from the website of Exhibits D, E, F.

David M. Laz, on October 25, 2015, searched the website of the Secretary of State of New Hampshire and made copies from the website of Exhibit G.

David M. Laz, on October 25, 2015, searched the website of the Secretary of State of Ohio and made copies from the website of Exhibit H.

David M. Laz, on October 25, 2015, searched the website of the Reverse Mortgage Solutions Delaware and made copies from the website of Exhibit I.

David M. Laz, on October 25, 2015, at 9:00 p.m. searched the website of the Security 1 Lending and made copies from the website of Exhibit J.

David M. Laz, on October 25, 2015, at 9:00 p.m. searched the website of the Security 1 Lending and made copies from the website of Exhibit J1.

David M. Laz, on October 25, 2015, searched the website of the Secretary of State of Illinois i and made copies from the website of Exhibits K-N.

_____

DAVID M LAZ