# EXHIBIT C



## LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of November 13, 2015 at 1:26:56 PM:

| | |
|---|---|
| **Full Licensed Name:** | Thomas John Laz |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | October 15, 1975 |
| **Registered Business Address:** | Thomas J. Laz<br>608 S Washington St Ste 207<br>Naperville, IL 60540-6657 |
| **Registered Business Phone:** | (630) 717-7555 |
| **Illinois Registration Status:** | Active and authorized to practice law - Last Registered Year: 2016 |
| **Malpractice Insurance: (Current as of date of registration; consult attorney for further information)** | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

**Public Record of Discipline and Pending Proceedings:**    None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the

existence or status of any investigation is not available. For additional information regarding data on this website, please contact ARDC at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email registration@iardc.org. For changes to contact information, including address, telephone or employer information, we require that the attorney submit a change of address form. Please consult our Address Change Requests page for details. Name changes require the filing of a motion with the Supreme Court. Please consult our Name Change Requests page for details.

[Back to Search Results]

[New Search]

**IARDC ®:online access to registration and discipline information regarding Illinois lawyers
presented by the Illinois Attorney Registration & Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home

.