# EXHIBIT D



# LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of November 13, 2015 at 1:26:56 PM:

| | |
|---|---|
| **Full Licensed Name:** | David Mark Laz |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | November 1, 1982 |
| **Registered Business Address:** | David M. Laz, Attorney At Law<br>2110 Babst Ct<br>Lisle, IL 60532-2853 |
| **Registered Business Phone:** | (630) 769-0120 |
| **Illinois Registration Status:** | Not authorized to practice law due to discipline and has not demonstrated required MCLE compliance - Last Registered Year: 2008 |
| **Malpractice Insurance: (Current as of date of registration; consult attorney for further information)** | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

**Public Record of Discipline and Pending Proceedings:**

Case(s) below are identified by caption and Commission case number. If there is more than one case, the cases are listed in an order from most recent to oldest. A case may have more than one disposition or more than one component to a disposition, in which situation each disposition and component is also listed separately within that case record, again in an order from most recent to oldest.

Click on Rules and Decisions ("R & D") to access any documents regarding this lawyer that are in Rules and Decisions. R & D contains all disciplinary opinions of the Supreme Court and most other Court orders and board reports issued since 1990. If R & D does not contain the decision that you are seeking, contact the Commission's Clerk's office for assistance. Contact information for the Clerk's office is available at Office Hours.

### In re David Mark Laz, 07CH0121

| | |
|---|---|
| Disposition: | Suspension for a specified period of time and until further order of the Court |
| Effective Date of Disposition: | September 20, 2010 |
| End Date of Disposition: | |
| Definition of Disposition: | A suspension until further order of the Court reflects a determination that the lawyer has engaged in misconduct and that the misconduct warrants an interruption of the lawyer's authority to practice law during the suspension period, which is a fixed period of time identified in the Supreme Court's order and until the lawyer has demonstrated rehabilitation, good character, and current knowledge of the law in a subsequent reinstatement case. The lawyer is not authorized to practice law during the period of the suspension. |
| Information: | Mr. Laz, who was licensed in 1982, was suspended for one year and until further order of the Court. He engaged in an ex parte communication with a judge and misled the court during the course of that conversation. |

### In re David Mark Laz, 05CH0114
(One of multiple dispositions on this case)

| | |
|---|---|
| Disposition: | Suspension for a specified period of time and until further order of the Court |
| Effective Date of Disposition: | December 8, 2009 |
| End Date of Disposition: | |
| Definition of Disposition: | A suspension until further order of the Court reflects a determination that the lawyer has engaged in misconduct and that the misconduct warrants an interruption of the lawyer's authority to practice law during the suspension period, which is a fixed period of time identified in the Supreme Court's order and until the lawyer has demonstrated rehabilitation, good character, and current knowledge of the law in a subsequent reinstatement case. The lawyer is not authorized to practice law during the period of the suspension. |

### In re David Mark Laz, 05CH0114
(One of multiple dispositions on this case)

| | |
|---|---|
| Disposition: | Probation |
| Effective Date of Disposition: | October 8, 2009 |
| End Date of Disposition: | December 8, 2009 |
| Definition of Disposition: | Probation reflects a determination that the lawyer has engaged in misconduct, but also a finding that the lawyer may continue to practice law pursuant to specified conditions under ARDC supervision without posing a risk to the public, profession, or courts. As a result, the lawyer may continue to practice law during the period of probation, subject to the conditions imposed by the Court. Probation may be ordered for a specified period of time or for a specified period of time and until further order of the Court. Probation may be ordered in conjunction with a suspension, which may be stayed in whole or in part. A stay defers that portion of the suspension as long as the lawyer complies with probationary conditions. If the lawyer successfully completes probation, the lawyer is not actually suspended during any portion of the stayed suspension. |

### In re David Mark Laz, 05CH0114
(One of multiple dispositions on this case)

| | |
|---|---|
| Disposition: | Further suspension stayed |
| Effective Date of Disposition: | October 8, 2009 |
| End Date of Disposition: | October 8, 2009 |
| Definition of Disposition: | The Supreme Court may order that, following a suspension, a further period of suspension be stayed, typically in connection with an order of probation. A stay defers the further suspension period as long as the lawyer complies with probationary conditions. If the lawyer successfully completes probation, the lawyer is not actually suspended during any portion of the stayed suspension. Under those circumstances, the stayed suspension does not affect the authority of the lawyer to practice law and the lawyer may practice law during the stayed suspension. If the Court determines that the lawyer has failed to comply with probationary conditions, the Court may vacate the stay and may require that the lawyer actually serve the full suspension. |

### In re David Mark Laz, 05CH0114
(One of multiple dispositions on this case)

| | |
|---|---|
| Disposition: | Suspension for a specified period |
| Effective Date of Disposition: | October 8, 2008 |

| | |
|---|---|
| End Date of Disposition: | October 8, 2009 |
| Definition of Disposition: | Suspension for a specified period reflects a determination that the lawyer has engaged in misconduct and that the misconduct warrants an interruption of the lawyer's authority to practice law during the suspension period, which is a fixed period of time identified in the Supreme Court's order. The lawyer is not authorized to practice law during the period of the suspension. |
| Information: | Mr. Laz, who was licensed in Illinois in 1982, was suspended for two years, with the suspension stayed after one year by probation with conditions. He created a fraudulent child support order to reduce the amount of support his client was supposed to pay and submitted the order to a court as an agreed matter. He also wrote a check on a closed bank account and deposited the check into another bank account in an attempt to deceive a creditor, forged the signature of a client's wife on a document, and elicited false testimony from the client as to the signature on the document. Finally, he neglected a client's appeal in a child support and custody dispute and did not refund his unearned fee. The suspension is effective on October 8, 2008. |

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the existence or status of any investigation is not available. For additional information regarding data on this website, please contact ARDC at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email registration@iardc.org. For changes to contact information, including address, telephone or employer information, we require that the attorney submit a change of address form. Please consult our Address Change Requests page for details. Name changes require the filing of a motion with the Supreme Court. Please consult our Name Change Requests page for details.

[Back to Search Results]

[New Search]

**IARDC ®:online access to registration and discipline information regarding Illinois lawyers
presented by the Illinois Attorney Registration & Disciplinary Commission.**

| | | |
|---|---|---|
| Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation |
| Rules and Decisions | Ethics Inquiry Program | Publications |
| New Filings, Hearing Schedules and Clerk's Office | | Client Protection Program |
| Resources & Links | | ARDC Organizational Information |
| Website Information | Search Site | Home |

.