UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> REVERSE MORTGAGE SOLUTIONS, INC. ) <br> ) <br> Defendant ) <br> ) | CIVIL ACTION No. 15-cv-9182 |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Reverse Mortgage Solutions, Inc.'s ("RMS") hereby respectfully moves this Court for a preliminary injunction compelling Defendant Reverse Mortgage Solutions, Inc. ("Defendant") to immediately take all necessary steps to change its corporate name **prior to December 31, 2015**.

RMS has provided reverse mortgage banking and lending services to customers nationwide and in Illinois for nearly nine years. Defendant seeks to disrupt RMS's business by infringing on RMS's exclusive rights in its protected marks by registering RMS's marks in Illinois in violation of the Lanham Act and state law. Specifically, Defendant has willfully and maliciously registered a sham corporation in Illinois under RMS's exact marks for the purpose of extorting a settlement payment from RMS by frustrating RMS's ability to operate in the state. Absent preliminary injunctive relief directing Defendant to immediately change its infringing corporate name **prior to December 31, 2015**, ███████████████████████████████████████████████████████████████████████████, suffering irreparable, losing the benefit of its nationally-recognized brand, and incurring substantial (and likely

1

unrecoverable) costs to completely rebrand in Illinois.

FOR THE FOREGOING REASONS, as set forth fully in the accompanying memorandum of law, RMS requests that its Motion for Preliminary Injunction be granted.

Dated: December 2, 2015

Respectfully submitted,

REVERSE MORTGAGE SOLUTIONS, INC.

By its attorneys,

/s/ Jessica T. Lu

Steven F. Molo
Justin B. Weiner
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
T: (312) 450-6700
F: (312) 450-6701
jweiner@mololamken.com

Jessica T. Lu (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Wayne F. Dennison (*pro hac vice*)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Phone: 617-856-8200
Fax: 617-856-8201
jlu@brownrudnick.com
rlecaroz@brownrudnick.com
wdennison@brownrudnick.com

**CERTIFICATE OF SERVICE**

I, Justin B. Weiner, hereby certify that on December 2, 2015 the foregoing Plaintiff's Motion for Preliminary Injunction and accompanying Memorandum and Exhibits were served upon all counsel of record by filing on the Court's CM/ECF system.

/s/ Justin B. Weiner
Justin B. Weiner