UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

'16 JUN 13 PM 4: 15

| | |
|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> REVERSE MORTGAGE SOLUTIONS, INC. ) <br> ) <br> Defendant ) <br> ) | CIVIL ACTION No. 1:15-cv-09182 |

### ORDER ON PLAINTIFF'S MOTION FOR RELEASE OF BOND

This cause having come before the Court on the Plaintiff Reverse Mortgage Solutions, Inc.'s ("RMS") Motion for Release of Bond, IT IS HEREBY ORDERED:

The Fiscal Department is directed to return the principal amount of $10,000 in addition to any accrued interest less the Registry Fee to:

> Bruce P. Bowen
> Ditech, a Walter company
> Vice President & Managing Counsel, Legal
> Ditech Financial LLC
> 1100 Virginia Drive, Suite 100A
> Fort Washington, PA 19034

It is **SO ORDERED** this 13th day of June, 2016.

_____
United States District Judge

1